IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM E. PERRY, | : | Civil Action No. 4:13-CV-01039 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| THE COMMONWEALTH OF PENNSYLVANIA, | : | (Magistrate Judge Schwab) |
| Respondent. | : | |

**ORDER**
July 19, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the May 16, 2013 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 7.

Magistrate Judge Schwab's report and recommendation recommended that plaintiff's petition be dismissed without prejudice. Plaintiff has not filed objections to the report. This Court agrees with the sound reasoning of the magistrate judge's analysis and sees no reason to re-hash it here. Accordingly, the May 16, 2013 report and recommendation will be adopted in its entirety and this action will be dismissed without prejudice.

1

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's May 16, 2013 Report and Recommendation is ADOPTED in full. ECF No. 7.

2. The action is DISMISSED without prejudice.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge